IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 26-03076-01-CR-S-BCW |
| | ) | |
| SETH CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now Ian A. Lewis, Assistant Federal Public Defender, and hereby enters his appearance as counsel on behalf of Defendant, Seth Chambers, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**