**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 26-03076-01-CR-S-BCW |
| | ) | |
| SETH CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE DETENTION HEARING

Comes now Ian A. Lewis, Assistant Federal Public Defender, and hereby requests

a continuance of the above Defendant's Detention Hearing, pursuant to 18 U.S.C. §

3148(b) and 18 U.S.C. § 3142.   Assuming this hearing is reset for Tuesday, March 17,

2026, said continuance will not exceed the five (5) day limitation set forth in 18 U.S.C. §

3142(f)(2).   This continuance is requested because undersigned counsel will be out of

town on another legal matter and, due to the complexity of this case, the detention

hearing cannot be handled by another Assistant Federal Public Defender. This

continuance is not sought for the purpose of undue delay.

Respectfully submitted,

/s/ Ian A. Lewis
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

March 13, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**