**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )     No. 26-03076-01-CR-S-BCW
)
SETH CHAMBERS, )
)
Defendant. )

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Defendant, Seth Chambers, and for his Motion for Leave to File

Under Seal a Response to Government's Motion to Detain, respectfully submits the

following.

Defendant is requesting to file under seal because the report contains Mr.

Chambers's personal information.

WHEREFORE, due to the sensitive nature of the Response to Government's

Motion to Detain, counsel for Defendant respectfully requests that permission be granted

to file the response under seal.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

March 13, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of March, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**

2

Case 6:26-cr-03076-BCW    Document 18    Filed 03/13/26    Page 2 of 2