# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )
                                   )   Case No.  26-03076-01-CR-S-BCW
                                   )
SETH CHAMBERS,                     )
                                   )
    Defendant.                     )
                                   )
                                   )

## ORDER

After the United States moved for pretrial detention, a hearing was held in this matter pursuant to 18 U.S.C. § 3142(f).  The defendant was present personally and with his counsel Ian Lewis, Assistant Federal Public Defender.  The United States was represented by Jim Kelleher, Assistant United States Attorney

The Grand Jury has found probable cause to believe that the offenses charged were committed by this defendant.  Based on the evidence presented at the hearing, there are no conditions that the Court can impose that would reasonably assure the safety of other persons or the community.

The factors to be considered by the Court in determining whether the defendant should be detained pending trial are enumerated in section 3142(g).  The evidence at the detention hearing established that the weight of the evidence against defendant is strong.

Regarding the potential danger to the community, the Court notes the nature and circumstances of the instant offenses, defendant's mental health history, prior arrest

(child endangerment), failure to disclose firearms possession to Pretrial Services, and charge involving use of a computer to facilitate the alleged offense.

Based on all the foregoing, the Court finds clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**IT IS THEREFORE ORDERED** that the defendant be and is hereby detained without bail.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**DATED: April 10, 2026**

 /s/ ***David P. Rush***
**DAVID P. RUSH**
 **United States Magistrate Judge**

2